**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL HOLLINS, | No. C 13-5035 PJH (PR) |
| Plaintiff, | No. C 13-5083 PJH (PR) |
| | No. C 13-5085 PJH (PR) |
| | No. C 13-5086 PJH (PR) |
| vs. | No. C 13-5087 PJH (PR) |
| G. MUNKS, et. al., | **ORDER TO SUBMIT IFP APPLICATIONS** |
| Defendants. | |

Plaintiff is a detainee at the San Mateo County Jail.  Over the course of three days plaintiff filed five actions in this court, one petition for habeas corpus and four civil rights cases.  None of the actions contained a completed application to proceed in forma pauperis ("IFP").  Plaintiff was informed that he either had to pay the fees or file proper IFP applications.  Plaintiff has filed one letter for all the actions stating that jail staff have refused to provide the required paperwork to complete the IFP applications.  This conclusory statement without an explanation is insufficient.  Plaintiff must file a completed IFP application in each case by **December 23, 2013**.  If plaintiff is unable to obtain the proper paperwork, he must file a declaration by that date describing in detail his attempts to obtain the paperwork and how he has been obstructed for each separate case and by which officials.  He must also include copies of requests he submitted to jail staff to complete the IFP applications.  Simply stating that unnamed jail staff have obstructed his efforts without providing an explanation will not suffice.

**IT IS SO ORDERED.**

Dated: November 19, 2013.                    _____
                                                                PHYLLIS J. HAMILTON
                                                                United States District Judge

G:\PRO-SE\PJH\CR.13\HollinsIFP.wpd